**E-FILED**
Monday, 10 September, 2012  01:23:00 PM
Clerk, U.S. District Court, ILCD

## IN THE UNTED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 12-mj-03052 |
| | ) | |
| ALEX GARDNER, | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

**NOW COMES** the **NOLL LAW OFFICE LLC**, by its representative, Daniel Noll,

and hereby enters his appearance on behalf of Defendant, Alex Gardner.  All future

notices and pleadings concerning this matter should be forwarded to the address listed

below.

**NOLL LAW OFFICE,**

By:   s/ Daniel Noll
        Daniel Noll
        Reg. No. 6302658
        **NOLL LAW OFFICE LLC**
        1201 South Sixth Street
        Springfield, IL 62703
        217/544-8441
        217/544-8775 (fax)
        Email: dannoll@noll-Law.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERICE**

I hereby certify that on September 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Timothy A. Bass
Email: tim.bass@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non CM/ECF participants:

Alex Gardner
Sangamon County Jail
1 Sheriff's Plaza
Springfield, IL 62701

By:   s/ Daniel Noll
Daniel Noll
Reg. No. 6302658
**NOLL LAW OFFICE LLC**
1201 South Sixth Street
Springfield, IL 62703
217/544-8441
217/544-8775 (fax)
Email: dannoll@noll-Law.com

2